IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00863-WYD-MJW

DENVER METRO CHAMBER OF COMMERCE,

    Plaintiff,

v.

COLORADO CANNABIS CHAMBER OF COMMERCE,

    Defendant.

---

## ORDER

---

    THIS MATTER is before the Court on Plaintiff's Notice of Settlement and Request to Vacate Preliminary Injunction Hearing filed May 26, 2015.  Plaintiff's request is granted, and the hearing on the Motion for Preliminary Injunction set for Wednesday, June 24, 2015, at 2:00 p.m. is vacated.

    Also filed by the parties on May 26, 2015, is a Stipulated Permanent Injunction Order and Order of Dismissal.  Pursuant to the parties' request, the Stipulated Permanent Injunction and Order of Dismissal is adopted in full herein as an Order of the Court.

    In conclusion, it is

    ORDERED that in accordance with Plaintiff's Notice of Settlement and Request to Vacate Preliminary Injunction Hearing (ECF No. 17), the hearing on the Motion for Preliminary Injunction set for Wednesday, June 24, 2015, at 2:00 p.m. is **VACATED**.  It is

FURTHER ORDERED that the parties' Stipulated Permanent Injunction Order and Order of Dismissal (ECF No. 18) is adopted herein as an Order of this Court, and this case is **DISMISSED WITH PREJUDICE**.

Dated:  May 29, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge